■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN WELLINGTON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lane, J.), rendered July 13, 1984, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Thompson, Niehoff, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LYNN CALVACCA, on Behalf of RIGOBERTO PEREZ, Appellant, v JACQUELINE McMICKENS, Respondent.—Judgment of the Supreme Court, Queens County (Balbach, J.), dated February 22, 1985, affirmed, without costs or disbursements *(see, People ex rel. Neufeld v McMickens,* 117 AD2d 243). Thompson, Weinstein and Kunzeman, JJ., concur.

Gibbons, J. P., dissents and votes to reverse the judgment appealed from, on the law, and to sustain the writ, for the reasons stated in his dissenting opinion in *People ex rel. Neufeld v McMickens* (117 AD2d 243).